FILE COPY



# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

February 25, 2015

District Clerk Wichita County
Patti Flores
P.O. Box 718
Wichita Falls, TX 76307
* DELIVERED VIA E-MAIL *

District Attorney Wichita County
Maureen Shelton
900 7th Street
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

89th District Court Presiding Judge
900 7th St, Rm 300
Wichita Falls, TX 76301

Paul Francis
1178 West Pioneer Parkway
PO Box 13369
Arlington, TX 76013
* DELIVERED VIA E-MAIL *

John W. Brasher
Assistant District Attorney
900 7th Street
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

2nd Court Of Appeals Clerk
Debra Spisak
401 W. Belknap, Ste 9000
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

**Re:** MEADOWS, DONOVAN DARREN LEVOY
**CCA No.** PD-0175-14
**Trial Court Case No.** 51,786-C

**COA No.** 02-12-00643-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk